```
                    FILED
                    FEB - 8 2018   JFLF
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re: Tulare Local Healthcare District )
                                             )
                                             )    Bankruptcy Case No: 17-13797-B-9
                                   Debtor(s). )

TO:    Gregory Construction, Inc.

☐    Your check # _____ in the amount of $ _____ is being returned to you as the court does not accept personal checks and/or electronic checks. Please resubmit your payment in the form of a cashier's check or money order made out to the U.S. Bankruptcy Court. For your own protection, do not send cash through the mail.

☐    Your check/money order # _____ in the amount of $ _____ is being returned to you as the court does not accept payments on behalf of the Chapter 13 Trustee. Please submit the payment directly to the Chapter 13 Trustee at the following address:

☐    We are returning your financial documents for you to send to your trustee at the following address:

☐    The above-entitled case was closed on _____. Please be advised that the document(s) subsequently filed by you have been docketed. The court will not calendar this matter or take any action with respect to the relief requested in these documents unless the case is reopened. If the case is reopened, please contact the court to ensure that your matter has been placed on calendar. To reopen the case, see Local Bankruptcy Rule 5010-1 and payment of a filing fee may be required. See www.caeb.uscourts.gov and select *Filing and Fee Information*. (Additionally, for cases filed in the Sacramento/Modesto offices, a Notice of Hearing with the date and time filled in setting the matter in the appropriate department may be required. See www.caeb.uscourts.gov and select *Court Calendars*.)

☑    We are returning the document submitted by you and will take no further action, as it is unclear what you are attempting to file.

☐    We have docketed the pleading submitted by you and will take no further action as it is unclear what you are attempting to file.

         ☑    If you wish to submit a proof of claim, you may submit a paperless version online at www.caeb.uscourts.gov under the "Electronic Claims" link. Alternatively, you may obtain a proof of claim form at www.caeb.uscourts.gov in the Forms and Publications section.

         ☐    If you wish to file an adversary complaint, please resubmit a properly captioned and signed complaint, completed adversary cover sheet (see enclosed), and filing fee of $350.00.

**PLEASE SEE SECOND PAGE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.**

EDC 2-130 (Page 1) (Rev. 12/16)

☐ We have accepted your document for filing but will take no action on it. The document that you filed appears to be amending the petition. The change(s) you are attempting to make cannot be made by filing this document. Note: If the change involves whether the case is deemed an asset or no asset case, please be advised that the trustee will make this determination upon conclusion of the meeting of creditors.

☐ It appears that the enclosed document does not relate to a case within the Eastern District of California Bankruptcy Court. Please verify debtor's name and case number and submit to the correct court. If applicable, Form EDC 2-070, *United States Bankruptcy Courts Within California,* is enclosed.

☐ The information you requested would require the rendering of legal advice, something the court, by law, cannot do. In order for your question to be answered, it will be necessary for you to seek the advice of competent legal counsel.

☐ We are unable to provide you with copies without the payment of search, photocopy and/or certification fees. You may view cases electronically through a PACER account, which is available on our website at www.caeb.uscourts.gov. The cost per search of records is $31.00, photocopy fee is $.50 per page, and if you wish the document to be certified, an additional $11.00 fee per document will apply. The court does not accept personal checks for payment of fees. We accept business checks, cashier's checks or money orders. For your protection, do not send cash through the mail.

☐ The case file has been closed and sent to the Federal Records Center in San Bruno, California for storage. Therefore, the information that you requested must be obtained directly from the Federal Records Center. Enclosed please find information on how to obtain copies of records from the Federal Records Center.

☐ The court's forms package can be obtained from our website at www.caeb.uscourts.gov free of charge. You may also purchase the forms package for Individuals for $15.00 and for Non-Individuals for $10.00 at the Clerk's office. Payment may be made at the counter in the form of cash (exact change required), money order or cashier's check.

☐ Other:

ALL NEGOTIABLE INSTRUMENTS MUST BE MADE PAYABLE TO THE CLERK OF THE U.S. BANKRUPTCY COURT. MONEY ORDERS AND CASHIER'S CHECKS ARE ACCEPTED FROM THIRD PARTIES AND ARE ACCEPTABLE FOR PAYMENT OF ALL FEES AND SERVICES. CHECKS FOR FILING FEE PAYMENTS, OTHER THAN CASHIER'S CHECKS, MUST BE DRAWN ON THE TRUST ACCOUNT OF THE DEBTOR'S ATTORNEY. CHECKS FOR ALL OTHER FEES AND SERVICES MUST BE BUSINESS CHECKS OR CASHIER'S CHECKS. **NO PERSONAL CHECKS!** FOR YOUR OWN PROTECTION, **DO NOT SEND CASH THROUGH THE MAIL.**

DATED: 2/8/18                By: *Joan Gibson*

U.S. Bankruptcy Court, Fresno Division
(559) 499-5800
Mailing Address:
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-130 (Page 2) (Rev. 12/16)

4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #3159452
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

Re:
Gregory Construction Inc
621 'G' S. Oakmore
Tulare, CA 93274

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #: 94-6002897
Address: 869 N. Cherry Street
Tulare, CA 93274

CASE NO. 17-13797

Chapter 9

DC No.: WW-14

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge: Honorable René Lastreto II

**NOTICE OF CLAIMS BAR DATE**
**BAR DATE**
**April 10, 2018**

TO: POTENTIAL CREDITORS OF TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER:

-1-

NOTICE OF CLAIMS BAR DATE         00168926-NAM-01.24.2018

# Gregory Construction, Inc.

621 South Oakmore Street
Ste. G
Tulare, CA 93274

# INVOICE

| DATE | INVOICE # |
|---|---|
| 7/31/2017 | FC988 |

| BILL TO |
|---|
| TRMC
Attn: George |

| PROJECT |
|---|
| P.O. Tulr 826 |

| Description | Amount |
|---|---|
| Painting in procedure room and holding room. Estimate includes labor and materials for painting only | 10,990.00 |
| | |
| Finance Charges on Overdue Balance: | |
| 1/7/17 | 164.85 |
| 2/7/17 | 167.32 |
| 3/7/17 | 169.83 |
| 4/7/17 | 172.38 |
| 5/7/17 | 174.96 |
| 6/7/17 | 177.59 |
| 7/7/17 | 180.53 |
| 8/7/17 | 182.96 |
| 9/7/17 | 185.85 |
| 10/7/17 | 188.49 |
| 11/7/17 | 191.31 |

Thank You

**Balance Due** $12,197.46

12,945.?

All invoices are "Due on Receipt" and are LATE after 15 days. All unpaid invoices will be charged 1-1/2% per month finance charge (18% per annum).

# Gregory Construction, Inc.

621 South Oakmore Street
Ste. G
Tulare, CA 93274

# INVOICE

| DATE | INVOICE # |
|---|---|
| 7/31/2017 | FC972 |

| BILL TO |
|---|
| TRMC |
| 1050 N. Cherry |
| Tulare |
| P.O. # TULR 390 |

| PROJECT |
|---|
| P.O. # TULR278 |

| Description | Amount |
|---|---|
| Roof repairs for 937 & 939 Gem Street. Clear off roof from all debris, seal around all penetrations, repair splits in roofing | 2,100.00 |
| Finance Charges on Overdue Balance: | |
| 11/4/16 | 31.50 |
| 12/4/16 | 31.97 |
| 1/4/17 | 32.45 |
| 2/4/17 | 32.93 |
| 3/4/17 | 33.43 |
| 4/4/17 | 33.93 |
| 5/4/17 | 34.44 |
| 6/4/17 | 34.95 |
| 7-4-17 | 35.48 |
| 8-4-17 | 36.01 |
| 9-4-17 | 36.55 |
| 10-4-17 | 37.10 |
| 11-4-17 | 37.66 |

Thank You

**Balance Due**　~~$2,365.60~~　2548.48

All invoices are "Due on Receipt" and are LATE after 15 days. All unpaid invoices will be charged 1-1/2% per month finance charge (18% per annum).

# Gregory Construction, Inc.

621 South Oakmore Street
Ste. G
Tulare, CA 93274

# INVOICE

| DATE | INVOICE # |
|---|---|
| 7/31/2017 | FC975 |

| BILL TO |
|---|
| TRMC |
| 1050 N. Cherry |
| Tulare |
| P.O. # TULR 390 |

| PROJECT |
|---|
| VA Building |

| Description | Amount |
|---|---|
| Roofing repair & condensate repair | |
| Roof cleanup & patch splits | |
| Includes caulking of all roof jacks | 1,800.00 |
| | |
| Finance Charges on Overdue Balance: | |
| 12/18/16 | 27.00 |
| 1/18/17 | 27.40 |
| 2/18/17 | 27.81 |
| 3/18/17 | 28.23 |
| 4/18/17 | 28.65 |
| 5/18/17 | 29.08 |
| 6/18/17 | 29.52 |
| 7-18-17 | 29.96 |
| 8-18-17 | 30.41 |
| 9-18-17 | 30.87 |
| 10-18-17 | 31.33 |
| 11-18-17 | 31.80 |

Thank You

**Balance Due** $1,997.69

2/5207

All invoices are "Due on Receipt" and are LATE after 15 days. All unpaid invoices will be charged 1-1/2% per month finance charge (18% per annum).